**BLUE RIDGE DESIGNS, INC., Plaintiff–Appellant,**

v.

**GEMMY INDUSTRIES CORP. and CHAMPION MARKETING SOUTHEAST, INC., Defendants–Cross Appellants.**

**No. 01–1322, 01–1359.**

United States Court of Appeals, Federal Circuit.

Aug. 15, 2001.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).